UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY I. EZEANI,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM ANDERSON,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>CFG HEALTH SYSTEMS, LLC,<br><br>    Third-Party Defendants. | Case No. 2:21-cv-06759 (BRM) (JRA)<br><br>**ORDER** |

**THIS MATTER** is before the Court on (1) the Report and Recommendation of the Honorable Jose Almonte, U.S.M.J. ("Judge Almonte"), dated December 8, 2022 (ECF No. 153), recommending Plaintiff Gregory I. Ezeani's ("Ezeani") Complaint (ECF No. 1) be dismissed with prejudice; (2) Ezeani's "Express Motion for Final Judgement" (ECF No. 156); and (3) Ezeani's request to respond to Defendant CFG Health Systems, LLC's ("CFG") submission of a deposition transcript (ECF No. 158.) Ezeani has filed a response to the R&R which this court construes as an objection. (ECF No. 154.) Having reviewed the submissions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 9th day of January 2023,

**ORDERED** that Judge Almonte's Report and Recommendation, dated December 8, 2022 (ECF No. 153), is **ADOPTED** in its entirety; and it is further

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Ezeani's "Express Motion for Final Judgement" (ECF No. 156) is **DENIED** as moot; and it is further

**ORDERED** Ezeani's request to respond to CFG's submission of a deposition transcript (ECF No. 158.) is **DENIED** as moot; and it is finally

**ORDERED** that this matter shall be marked **CLOSED.**

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**